# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 10-489V**
**(Not to be published)**

* * * * * * * * * * * * * * * * * * * * * * * * *
VALERIA FLORES, *
Petitioner, *
v. *
SECRETARY OF HEALTH AND HUMAN SERVICES *
Respondent. *
* * * * * * * * * * * * * * * * * * * * * * * * *

Filed: July 2, 2015

Decision on Attorneys' Fees and Costs

**DECISION (ATTORNEYS' FEES AND COSTS)**

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on September 12, 2013. On July 30, 2015, the parties filed a stipulation concerning attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $137,500.00, representing all attorney's fees and costs available under 42 U.S.C. § 300aa-15(e). In accordance with General Order #9, the stipulation includes a statement that Petitioner incurred no reimbursable costs in pursuit of his claim.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $137,500.00 as a lump sum in the form of a check payable jointly to Petitioner and Petitioner's counsel, Clifford Shoemaker.**

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.